# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| STEPHEN J. CROSS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 7:07-cv-80 (HL) |
| STAFFORD HOSPITALITY, INC. and GREGORY B. BROSIUS, | : |
| Defendants. | : |

## ORDER

Before the Court is Plaintiff's Motion for Attorney Fees (Doc. 60), filed subsequent to this Court's Order issued on July 18, 2008, granting Plaintiff's Motion to Compel Discovery and Renewed Motion for Leave to Serve Additional Discovery Requests (Doc. 59).[1]  After careful consideration of the record, the Court finds that Plaintiff is not entitled to attorney fees pursuant to Federal Rule of Civil Procedure 37(a)(5)(A).  Accordingly, Plaintiff's Motion for Attorney Fees is denied.

---

[1] On March 31, 2009, this Court granted Defendants' Motion for Summary Judgment (Doc. 84), but left unresolved the present motion.

**SO ORDERED**, this the 21st day of April, 2009.

*s/  Hugh Lawson*

**HUGH LAWSON, JUDGE**

wjc